| JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | SUMMONS AND COMPLAINT<br>$ 25,000.00 | 17-234706C |
| --- | --- | --- |
| | | JUDGE SAM SALAMEY |

Court address                  Court telephone no.

| Plaintiff's name(s), address(es), and telephone no(s). | | Defendant's name(s), address(es), and telephone no(s). |
| --- | --- | --- |
| Joseph Adams per per<br>40762 REISA LANE<br>CANTON, MI 48188 | v | Ford Motor Company<br>William Clay Ford<br>Felicia Fields (HR)<br>UAW Ford<br>Jimmy Settles |
| Plaintiff's attorney, bar no., address, and telephone no. | | |

**SUMMONS**   **NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued   8/25/17 | This summons expires   11/24/17 | Court clerk   ERIC CYMAN |
| --- | --- | --- |

**Family Division Cases** (The following is information required in the caption of every complaint and is to be completed by the plaintiff.)
☐ This case involves a minor who is under the continuing jurisdiction of another Michigan court. The name of the court, file number, and details are on page ____ of the attached complaint.
☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
| --- | --- | --- |

**Civil Cases** (The following is information required in the caption of every complaint and is to be completed by the plaintiff.)
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
| --- | --- | --- |

**VENUE**

| Plaintiff(s) residence (include city, township, or village)<br>40762 Reisa Ln | Defendant(s) residence (include city, township, or village)<br>21500 Oakwood Blvd |
| --- | --- |
| Place where action arose or business conducted<br>Canton Mich 48188 | Dearborn Mich |

Date _____   Signature of attorney/plaintiff   Joseph Adams

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01   (6/17)   **SUMMONS AND COMPLAINT**   MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

EXHIBIT
2

JUDICIAL CIRCUIT
COUNTY PROBATE

SUMMONS AND COMPLAINT
$ 25,000.00

JUDGE SAM SALAMEY

Court address | Court telephone no.

**Plaintiff's name(s), address(es), and telephone no(s).**

Joseph Adams per per
40762 REISA LANE
CANTON, MI 48188

Plaintiff's attorney, bar no., address, and telephone no.

**Defendant's name(s), address(es), and telephone no(s).**

v

Ford Motor Company
William Clay Ford
DO1 Felicia Feilds (HR)
UAW Ford
DO1 Jimmy Settles

**SUMMONS** **NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
|---|---|---|
| 8/25/17 | 11/24/17 | ERIC CYMAN |

**Family Division Cases** (The following is information required in the caption of every complaint and is to be completed by the plaintiff.)
☐ This case involves a minor who is under the continuing jurisdiction of another Michigan court. The name of the court, file number, and details are on page ___ of the attached complaint.
☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**Civil Cases** (The following is information required in the caption of every complaint and is to be completed by the plaintiff.)
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|
| 40762 Reisaln | 21500 Oakwood Blvd |
| Place where action arose or business conducted | |
| Canton Mich 48188 | Dearborn Mich |

Date _____  Signature of attorney/plaintiff   Joseph Adams

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01 (6/17) **SUMMONS AND COMPLAINT** MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

| Approved, SCAO | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | SUMMONS AND COMPLAINT<br>$ 25,000.00 | CASE NO.<br>17-23470GC<br><br>JUDGE SAM SALAMEY |
|---|---|---|

| Court address | | Court telephone no. |
|---|---|---|

**Plaintiff's name(s), address(es), and telephone no(s).**

Joseph Adams per per
40762 REISA LANE
CANTON, MI 48188

**Plaintiff's attorney, bar no., address, and telephone no.**

TRUE COPY

v

**Defendant's name(s), address(es), and telephone no(s).**

Ford Motor Company
William Clay Ford
Do 1 Felicia Feilds (HR)
UAW Ford
Do 2 Jimmy Settles

**SUMMONS** NOTICE TO THE DEFENDANT: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued<br>8/25/17 | This summons expires<br>11/24/17 | Court clerk<br>ERIC CYMAN |
|---|---|---|

**Family Division Cases** (The following is information required in the caption of every complaint and is to be completed by the plaintiff.)
☐ This case involves a minor who is under the continuing jurisdiction of another Michigan court. The name of the court, file number, and details are on page _____ of the attached complaint.
☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**Civil Cases** (The following is information required in the caption of every complaint and is to be completed by the plaintiff.)
☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**VENUE**

| Plaintiff(s) residence (include city, township, or village)<br>40762 Reisaln | Defendant(s) residence (include city, township, or village)<br>21500 Oakwood Blvd |
|---|---|
| Place where action arose or business conducted<br>Canton Mich 48188 | Dearborn Mich |

| | Signature of attorney/plaintiff<br>Joseph Adams |
|---|---|
| Date | |

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01 (6/17) **SUMMONS AND COMPLAINT** MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

Summons and Complaint

- UAW
  8000 E. Jefferson
  Detroit, MI 48214
- 313-926-5000

James
Jimmy Settles Jr.
UAW Vice President
8000 East Jefferson Ave
Detroit, MI 48214

Defendant No. 1

Ford Motor Company

21500 Oakwood Blvd

Dearborn Michigan

Felicia J Fields
Human Resources
World HQ
Dearborn, MI 48126
— Wayne —
313 943-2053
    322-3000

Defendant No. 2

19TH DISTRICT COURT
DEARBORN, MI
2013 AUG 25 P 2: 54

Plaintiff: Joseph Adams
40762 Reisa Lane
Canton, MI 48188
313-772-0610

Forms Trac, Enterprises (313) 968-0990
FORM NO. O1A REV. 3/85

Original-Court
1st copy-Defendant
2nd copy-Plaintiff
3rd copy-Return

| STATE OF MICHIGAN JUDICIAL DISTRICT JUDICIAL CIRCUIT | SUMMONS AND COMPLAINT Page 2 of 7 pages | CASE NO. 17-23470 GC |
|---|---|---|

Court address

Court telephone no.

Now comes Joseph Adams, proper brining lawsuit against Ford Motor Company. The nature of the lawsuit is wrongful termination. Covenant of good faith and fair dealing was breached by Ford Motor Company and the UAW. Ford Motor Company breached the Covenant by not verifing the injury in a timely manner. 1991 is when they verified the injury, They had a right to dispute paying but not to terminate. The UAW had a fiduciary obligation to be my legal representative, meaning represt me in a fair and equitable way. The record shows, I was not afforded that right. With a that we said about race, it was a caucassian who looked at the record and saw thats I was violated, but was told that this would open up old wounds and create a problem. So the grievence process, didn't take it's full course. I also believe, you might have an Elliot Larsen, based on the fact that this was some type of retaliation for me filing a grievence because there were people on the call back, rehired, sent to Wixom with less time than me and I was sent all the way to Chesterfield, I just want to put that out there. My main focus is my pension, because they are the ones who told me I could Sue, I speak of the Pension Board, I wrote them in 2012, 2016 and I have documentation, attached. I just want the court to do the right thing.

To Whom it may Concern:        4/17/2007

This is in Regaurds to the Law Suit of Ford Motor Co. Ford vidiated Ethical Labor Practices. By terminating me without Cause. There was never a Factual reason for my termination and could never explain why it was not reserded as the SELC put it the Company and the Union dropped the ball. This in it's self was without merit with what varieous laws state, not to mention unfair in a moral way. Attached paperwork identified that I went as far as I could go and cooperated with the Company as it relate to a doctor excuse also as relate to the U.A.W. I was never given notice of an article 33 or any other way to address this. So as I Retire I would like it to be resolved by the Courts.



**National Employee Services Center**
P.O. Box 199721
Dallas, TX 75219-9721

**U.S. BENEFITS**
www.myfordbenefits.com
1-800-248-4444

February 23, 2015

JOSEPH ADAMS JR
P O BOX 401245
REDFORD MI 48240

## Claim Denial Letter

### Purpose of this Communication

On December 2, 2014, the National Employee Services Center (the "NESC") received a claim from you regarding benefits due you under the Ford Motor Company – UAW Retirement Plan (the "Plan"). The purpose of this communication is to inform you that your claim is denied.

### What You Need to Know

You had accrued 5.6 years of credited service as of your termination date of August 22, 1986. According to the terms of the Plan in effect at that time you needed to have 10 years of credited service to be eligible to receive a benefit. Therefore you are not entitled to a benefit under the Plan.

### What You Need to Do

If you do not agree with this decision, you have the right to file an appeal to the UAW Plan Committee. You have sixty (60) days after you receive this notice to file your appeal. Your appeal should include any information that you feel is relevant to your appeal whether or not you submitted it with your initial claim. Please send your appeal to:

Ford Motor Company
Attention: Appeals
Retirement Board of Administration
P.O. Box 6050
Dearborn, MI 48121

A decision by the Committee will be made at the next regularly scheduled meeting after receipt of your request for review. If the appeal is filed within [30] days of the next scheduled meeting, a decision by the Committee shall be made by the date of the second meeting after receipt of your request for review. Due to special circumstances, an extension of time may be required. If an extension is needed, written notice of the extension will be sent to you prior to the commencement of the extension. Written notice of the decision will be made no later than five [5] days after the UAW Plan Committee has made a decision. Decisions by the Committee are final and conclusive and are only subject to the arbitrary and capricious standard of judicial review.

You have the right to bring a civil action under Section 502(a) of the Employee Retirement Income Security Act (ERISA) of 1974, as amended, if your appeal is denied.

847892873

October 4, 2016

This is regarding the matter with Ford motor Company retirement benefits, in reference to the letter that I sent you on December 2014. I did not hear back from you until the later part of 2015, but I actually did not get no mail until September 2016. Here is my problem with the all matter, what should occur is that the process should take to full course of going to the whole body based on the fact I was terminated with a doctor excuse. You cannot fired a person that is sick on your job, you can disputed paying them. Also, the Union did not give me the correct information as relate to article 33 and other pertinent information.

Based on all the mistakes that were made, I think that in fairness all of the process should take place to give me some type of benefit because I rely on people who had a fiduciary obligation to put my representation in the best position. Meaning to speak on my behalf in a fair and ethical way, based on all the information that I sent Ray Charles know that did not happen. In closing, we are supposed to be a faith believing nation, but from the look of everything this nation is really dark and the God of our salvation is clearly not please with us. I leave you with this 2 chronicles 2 and 14.

To God be the Glory!

*Joe Adams Jr*

Minister Joe Adams JR

November 17, 2014

To: Retirement Board/UAW Ford President

I now officially make my request for retirement. I have great concern over the last few years regarding this retirement. There was an article 33 that no one ever told me about, that I believe should have been filed because it can be filed against any matter. With all of the people looking at this matter, there is no reason I should not have been justified.

John Dingell was lied too along with a host of other leaders. Here is my problem: In 1963 I was in Mississippi when they bombed the church in Alabama. I have lived long enough to see the first African-American President and watched Democrats back door him. Rosa Parks had a home going in 2005. I spoke to everyone that stepped to the podium and what was insulting to me was that they spent $300,000 on her funeral but did not help her while she was alive. She caught the bus. The eulogy was the only thing of substance and even Dr. Charles G. Adams was lied too about my case. My point is in 50 plus years I've watched people who should know dignity and morals and should have a standard that they will not waiver on. SCLC concluded that the union and Ford Motor Company dropped the ball, but I concluded that I didn't matter because for the chairman of the local, Carl Klein, to see a problem that people of color have dealt with all of their lives but refuse to see the truth. I don't know if the worst thing was the bombing of the church, the man smashed in the garbage truck in 1968 or Dr. King having someone wipe blood on them after he was shot because Dr. King was right. It's not where you stand when things are going good, it's where you stand in the midst of adversity and trouble.

Being that I was told that all the records concerning my case are intact, it behooves you, Jimmy Settles, to do the right thing. You stand on the shoulders of great leaders like Buddy Battles, who wasn't a coward but a man. He told people that they couldn't run for office because he could see that they were cowards. Our whole nation has been destroyed because we've been cowards, pretending not to know what we know. Will the real men stand up because I will not go away until I get this matter resolved! I was taught to take it to the wall when you know you're right. The Bible says, he who shows love is your brother. It also says, you cannot reap what you have not sown. Enough said, but I'm owed something!

Sincerely,


Min. Joe Adams, Jr.

January 28, 2015

Dennis Williams
UAW President

Dear Mr. Williams,

The nature of this letter is to ask you what is going to happen with my
retirement??? I was improper terminated and only one person handled my
case properly. Mr. Kline was the chairman at Chester Field Trim Plant. In
1996, he reviewed the file and saw what was wrong and wrote a grievance
on my behalf. From that point on, he told me that a can of worms being
opened. But, the truth being told, you can not justify wrong by doing more
wrong. Mr. Gerald Baton lied and said he worked on my behalf. He never
told me about Article 33 nor did he try to help me. He was going thru the
motions as so many others. I was lied to by so many in the chain of
command. How can we say we have a brotherhood or we are a people of
faith.   Bob King was going to address this matter, but he was told not to get
involved. Being an attorney he knew I was violated and he had conscious.
A conscious of faith.

 In closing, Jimmie Settle said that he would look into my case. Presently I
am retired on disability. Am I entitled to full benefit of my retirement.


Sincerely,

*Joseph Adams Jr*

Minister Joseph Adams Jr.



*Solidarity House*

8000 EAST JEFFERSON AVE.
DETROIT, MICHIGAN 48214
PHONE (313) 926-5000
FAX (313) 823-6016

INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA – UAW

RON GETTELFINGER, *PRESIDENT*          ELIZABETH BUNN, *SECRETARY-TREASURER*

VICE-PRESIDENTS:  GERALD D. BANTOM  •  NATE GOODEN  •  BOB KING  •  CAL RAPSON  •  RICHARD SHOEMAKER

October 13, 2003

Mr. Joseph Adams Jr.
2237 Lothrop
Detroit, MI  48206

Dear Mr. Adams:

On March 19, 2001 Frank Savalle, from our staff, wrote you a letter indicating he had reviewed the grievance signed by you on June 14, 1996. The grievance was filed approximately ten years from the date you were terminated. The grievance was denied on August 19, 1996 in the second stage and was then moved to the next step of the procedure.

On April 16, 1997 the Chairman of the Chesterfield Plant heard your grievance, along with Regional Representative Keith Raymond, and the Company denied the grievance. The Union decided not to pursue your grievance any further.

I have had several conversations with you about this matter. I have tried to get you reinstated and even rehired. I have had you scheduled to be tested for employment at Ford Motor Company on two occasions but you were unsuccessful. There is nothing more we can do for you now.

I am truly sorry.

Sincerely,

Gerald D. Bantom
Vice President and Director
UAW National Ford Department

GDB:ct
opeiu494

cc:  Ron Gettelfinger
     Frank Savalle

opeiu494
PRINTED IN U.S.A.



*Solidarity House*

8000 EAST JEFFERSON AVE.
DETROIT, MICHIGAN 48214
PHONE (313) 926-5000
FAX (313) 823-6016

INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA – UAW

RON GETTELFINGER, *PRESIDENT*                    ELIZABETH BUNN, *SECRETARY-TREASURER*

VICE-PRESIDENTS:  GERALD D. BANTOM  •  NATE GOODEN  •  BOB KING  •  CAL RAPSON  •  RICHARD SHOEMAKER

September 22, 2003

Joseph Adams, Jr.
2237 Lothrop
Detroit, MI 48206

Dear Mr. Adams:

This will acknowledge your recent letter, and I am taking this opportunity to respond.

Due to the nature of your communication, I am referring your letter to the appropriate department for investigation and follow-through.

I am certain you will be hearing from a representative of that office within the near future.

Best wishes.

Sincerely,

Ron Gettelfinger
President

RG:bc
opeiu494
cc:   Gerald Bantom



Union Relations
International Union
Affairs

Room 602
Henry Ford II World Center
The American Road
P.O. Box 1899
Dearborn, Michigan 48121-1899

June 3, 2004

Mr. Joseph Adams, Jr.
2237 Lothrop
Detroit, MI 48206

Dear Mr. Adams:

Your letter to Mr. Jim Padilla dated May 12, 2004 was referred to my office for investigation and response. After careful investigation of the circumstances surrounding your termination from the Chesterfield facility in 1986 and the subsequent grievance dispositions, we are confident that the actions taken by the Chesterfield Plant and the United Auto Workers Union were in full compliance with the UAW-Ford Collective Bargaining Agreement in effect at that time.

Both Ford Motor Company and the United Auto Workers Union take great pride in the proper administration of the Collective Bargaining Agreement. The parties fully investigate situations of this type in a fair and objective manner to ensure that the best interest of all the involved parties is considered. Your case has been thoroughly reviewed by both the Company and the Union on numerous occasions during the eighteen-year period since your termination. Each review has concluded with the same result — "that the actions taken by Ford Motor Company and the United Auto Workers Union were in full compliance with the UAW-Ford Collective Bargaining Agreement in effect at that time."

While we do not anticipate the need to hire additional hourly employees at this time; you are welcome to reapply for employment with Ford Motor Company should suitable openings occur at a future date.

Rich Freeman
Manager, Union Relations

*Ford Motor Company*

SEP 17 2002

Edward A. Livorine,
Manager, U.S. Union Affairs

September 13, 2002

Senator Carl Levin
Detroit Office
477 Michigan Avenue
Room 1860
Detroit, Michigan  48226

Dear Senator Levin:

Your letter dated August 22, 2002 concerning Joseph Adams, Jr. was referred to my office. After investigating the termination and subsequent grievance filed by Mr. Adams, we are confident that the actions taken by the Ford Motor Company and the United Auto Workers were in full compliance with the UAW/Ford Collective Bargaining Agreement.

Both Ford Motor Company and the United Auto Workers take great pride in the proper administration of the Collective Bargaining Agreement.   The parties fully investigate situations of this kind fairly and objectively to ensure the best interests of the employee and the plant are considered.

We do not intend to reinstate Mr. Adams.  While Ford Motor Company does not project hiring hourly employees any time in the near future, Mr. Adams is always welcome to apply for employment.

Thank you for your interest in this matter.

Sincerely,

Edward A. Livorine

8000 EAST JEFFERSON AVE.
DETROIT, MICHIGAN 48214
PHONE (313) 926-5000
FAX (313) 823-6016

INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA—UAW

STEPHEN P. YOKICH, *PRESIDENT* RUBEN BURKS, *SECRETARY-TREASURER*

VICE PRESIDENTS: ELIZABETH BUNN • RON GETTELFINGER • NATE GOODEN • BOB KING • RICHARD SHOEMAKER

March 19, 2001

Joseph Adams, Jr.
25049 Five Mile Road, Apt. 49C
Redford, MI 48239

Brother Adams:

I reviewed the grievance you signed on June 14, 1996, which was approximately ten years from the date you were terminated. The grievance (H110515) was denied on August 19, 1996 in the 2nd stage and was then moved to the next step of the procedure.

On April 16, 1997 the chairman of the Chesterfield Plant heard your grievance, at that time Carl Klein, the regional representative Keith Raymond and the Company. The Company denied the grievance at this hearing and the Union accepted this denial.

On June 1, 1997 Carl Klein sent you a letter that stated your grievance was denied on April 16, 1997.

Based on the UAW Constitution, Article 33, you had a period of time to appeal the disposition of your grievance, which you failed to do, therefore your grievance is no longer in the grievance procedure.

Fraternally,

Frank M. Savalle
International Representative
UAW National Ford Department

FMS:se
opeiu494

cc: R. Gettelfinger
C. Hoskins
P. Quick

opeiu494
PRINTED IN U.S.A.

# THE WHITE HOUSE

WASHINGTON

October 7, 2002

Mr. Joseph Adams. Jr.
25049 Five Mile
Redford, Michigan  48239-3754

Dear Mr. Adams:

Thank you for contacting President George W. Bush for assistance with an agency of the Federal government.  I am responding on behalf of the President.

The White House is sending your inquiry to the Department of Labor, which will review your correspondence.  This agency has the expertise to address your concerns.  They will respond directly to you, as promptly as possible.

The President sends his best wishes.

Sincerely,

Desiree Thompson
Special Assistant to the President
and Director of Presidential Correspondence



**NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE**
4805 MT. HOPE DRIVE • BALTIMORE, MD 21215-3297 • (410) 358-8900

KWEISI MFUME
*President & Chief Executive Officer*

JULIAN BOND
*Chairman, Board of Directors*

June 17, 2002

Joseph Adams, Jr.
25049 Five Mile Road
Redford, MI 48239

Dear Mr. Adams:

I am in receipt of your letter dated April 30, 2002 regarding the employment issue you have experienced.

Based on the information you provided, if you are a member of the UAW Union please contact them at:

UAW Civil Rights Department
800 E. Jefferson Avenue
Detroit, MI 48214
313-926-5000

If I can be of further assistance, please do not hesitate to contact my office.

Sincerely,

John J. Johnson
Director of Programs

JJJ/jic

FULL [ ] IN STREET CLINIC, P.C.
OSTEOPATHIC
9500 14th Street
Detroit, Michigan 48206
TY4-3950

Mr. Joseph Adams has been under the care of this clinic since
July 25, 1986 and (s) he, may return to work/school on
August 11, 1986

Diagnosis: ████████████

Remarks: Mr. Adams was unable to work from July 25, 1986
But He may return to work on August 11, 1986.

Patient Chart No. _____          Physican Signature _____

Dr. Claude Young.



*Ref. 1.*
*# 38*
*FB 8/8/86*

Body and Assembly
Ford Motor Company

Chesterfield Trim Plant
26090 23 Mile Road
Mt. Clemens, Michigan 48046

August 8, 1986

Joseph Adams

2237 Lothrop

Detroit, MI 48206

Dear Employee

Because of the uncertainty of your need for continued absence, this
Medical Leave of Absence is conditioned upon an immediate evaluation
by the Company doctor. Please contact the Hourly Personnel Office for
an appointment.

If you do not, within 5 working days (excluding Saturdays, Sundays and
holidays) of the date of this letter, either report to the Hourly
Personnel Office for work or evaluation, or give a satisfactory reason
for your absence to the Hourly Personnel Office in writing or by
telephone, your employment will be terminated and you will lose your
seniority.

If you respond by telephone, request a call-in code number.

Very truly yours,

FORD MOTOR COMPANY

C. R. Senak

C. R. Senak
Hourly Personnel Office
Telephone: 466-0818

(SECOND STAGE ONLY)  GRIEVANCE  **H** 1105:

or Unit CHESTERFIELD IT Local No. 400

6-14-96

ORIGINAL

Employee Name JOSEPH ADAMS Badge No. 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

Shift _____ Seniority 3-15-78 Dept. _____

Classification CUSHION BUILDER

Employee Signed: Joseph Adams

Not necessary to fill in enclosed space when Grievance concerns Union Rights ONLY

Date Stamp Submission

J Wilczynski 6/17/96

ture of Grievance UNJUST PENALTY

lation of Article IV Section 3

tement of Case THE AGG WAS TERMINATED BY THE COMPANY ON
-4-86, AND YET THEY SENT OUT ANOTHER NOTICE ON
8-86 FOR A MEDICAL EVALUATION HIS DOCTOR
~~AD THE AGG~~ ON A MEDICAL UNTIL 8-11-86. WHEN THE AGG
INJURED HIMSELF ON THE JOB, HE WENT TO MEDICAL AND
AS TOLD TO HAVE HIS WRIST X-RAYED BY HIS DOCTOR.
E DID THIS AND YET WAS STILL TERMINATED. THE UNION
ELS THE COMPANY MESSED UP BY NOT DEALING WITH THE
TUATION AT THE TIME AND SENDING THE AGG MIXED MESSAGE

Adjustment Requested: THE AGG SHOULD BE PAID ALL BACK WAGES,
E RE-INSTATED, AND RETAIN HIS SENIORITY.

ed (Bargaining Committee) Carl Klein (L.R.)

Date Stamp Disposition

Disposition by Company

Denied

8/19/96 (Signed) _____ (Company Representative)

Date 8/19/96

6/25/09

Dear Mr. Montgomery,

I've tried to reach you on numerous accounts.
but I can't find any contact information on you.
So I hope the University of Maryland will forward
this to you. When you read this information. Specificially
what the Southern Christian Leadership Conference
wrote, which was cleary on point. You will see that
I'm not big angry black man, but one that hasn't
been treated fair. And that is all that this has
been about. Everyone wants to hold President Obama
accountable, but as you can see from what I written
there are alot people who has not held their own
weight. Please respond.

Sincerely
Joseph Adams Jr
Minister Joseph Adams